**United States District Court**
For the Northern District of California

1
2
3
4
5
6      UNITED STATES DISTRICT COURT
7      NORTHERN DISTRICT OF CALIFORNIA
8      EUREKA DIVISION
9
10  BARRY DAOUST,
11         Plaintiff(s),                          No. C 11-1424 NJV
12     v.                                         ORDER SCHEDULING TELEPHONIC
                                                  CASE MANAGEMENT CONFERENCE
13  ZWICKER & ASSOCIATES, P.C. and
    AMERICAN EXPRESS BANK FSB,
14
15         Defendant(s).
                                            /
16
17         At the request of one or more of the parties, the Case Management Conference is
scheduled to occur by telephone conference. Parties shall call the court at the time scheduled for
18
hearing by dialing 888-684-8852, entering the access code 8120805 and then the security code 4487.
19
           IT IS SO ORDERED.
20
    Dated: 6/29/11
21                                                _____
22                                                NANDOR J. VADAS
                                                  United States Magistrate Judge
23
24
25
26
27
28