UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BARRY DAOUST, | No. C 11-1424 NJV |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| ZWICKER & ASSOCIATES, P.C.,and AMERICAN EXPRESS BANK, FSB, | |
| Defendants. / | |

On September 1, 2011, Plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket No. 12.) No defendant has yet appeared in this action. Accordingly, this action is HEREBY DISMISSED with prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: September 7, 2011

NANDOR J. VADAS
United States Magistrate Judge